# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRANDON BAUTISTA<br>  A/K/A "JOSE," "JESUS" | No. 1: 26-cr- 00018-JAW-01 |

## PRAECIPE FOR WARRANT

The United States requests that the Clerk of the Court issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled case.

Date: February 11, 2026

/s/ Alisa Ross
Assistant U.S. Attorney