

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

BRANDON BAUTISTA
A/K/A "JOSE," "JESUS"



BENJAMIN DEANE
A/K/A "DEAF BEN"

No. 1:26-cr-00018-JAW

## INDICTMENT

The Grand Jury charges:

**GENERAL ALLEGATIONS**

At all times relevant to this Indictment:

1. Bank A was a financial institution whose deposits were insured by the Federal Deposit Insurance Corporation ("FDIC").

2. Defendant Brandon Bautista, A/K/A "Jose" and "Jesus," resided at an apartment in Bangor, Maine.



5. Defendant Benjamin Deane, A/K/A "Deaf Ben," resided in the District of

Maine, and at times, in the area of Bangor, Maine.

6. Victim 1 resided in Vermont and was a customer of and had bank accounts with Bank A.

7. Defendant Brandon Bautista, A/K/A "Jose" and "Jesus," did not have authority to possess or use Victim 1's personally identifiable information, including name and date of birth.

8. Defendant Brandon Bautista, A/K/A "Jose" and "Jesus," did not have authority to access or withdraw funds from Victim 1's bank accounts at Bank A.

## OVERVIEW OF CONSPIRACY

9. Beginning in about July 2024 and continuing through about October 1, 2024, the defendants and others known and unknown conspired to execute and executed a scheme to defraud Bank A and to obtain funds from Bank A accounts based on false and fraudulent pretenses, representations, and promises, including by obtaining false and fictitious identification documents in the names of legitimate Bank A customers and then using those identification documents at Bank A branch locations in the New England area and elsewhere to access the customers' bank accounts and withdraw funds from those accounts.

## OBJECT AND PURPOSE OF CONSPIRACY

10. The object of the conspiracy was to commit bank fraud by using personal identifying information of legitimate Bank A customers to get access to and withdraw funds under the control of Bank A from customer accounts. The purpose of the conspiracy was to enrich the defendants and coconspirators.

## MANNER AND MEANS

11. Among the manner and means by which the defendants and others known

2

and unknown carried out the conspiracy and the scheme to defraud were the following:

   a. Obtaining and possessing personal identifying information of legitimate Bank A customers.

   b. Obtaining false and fictitious identification documents and bank cards in the names of legitimate Bank A customers.

   c. Making plans to enter and entering Bank A branch locations to use the false and fictitious identification documents and bank cards in the names of legitimate Bank A customers to access the customers' accounts.

   d. Impersonating legitimate Bank A customers, opening new bank accounts or lines of credit in the customers' names by using fraudulent identity documents and bank cards.

   e. Obtaining a bank card or line of credit from Bank A in the customers' names.

   f. Accessing and withdrawing funds from Bank A customer accounts.

   g. Compensating those who used the false and fictitious identification documents and bank cards through the provision of controlled substances, cash, and other things of value.

## ACTS IN FURTHERANCE OF CONSPIRACY

12. Beginning in about July 2024 and continuing through about October 1, 2024, the defendants and others known and unknown committed and caused to be committed the following acts, among others, in furtherance of the conspiracy and scheme to defraud:

   a. The Defendants possessed personally identifiable information, including names, dates of birth, and social security numbers, of Bank A account

3

holders without lawful authority or permission.

b. Defendant Bautista shared personally identifiable information, including names, dates of birth, and social security numbers, of Bank A account holders with coconspirators without lawful authority or permission.

c. On July 26, 2024, Defendant Bautista sent Defendant Deane a message with the banking information of two account holders with Bank A.

d. On about August 17 and August 18, 2024, Defendants Bautista and Deane communicated about plans to travel to a Bank A location once Defendant Deane's "ids" were ready. On August 20, 2024, Defendant Bautista sent Defendant Deane bank account information for an account holder at Bank A. Defendant Deane agreed to enter banks posing as an account holder to obtain funds from Bank A accounts.

e. Defendants Bautista, ████ and ████ traveled to Bank A locations, including Bank A locations outside of the District of Maine, with coconspirators to access Bank A accounts and obtain funds from Bank A accounts without permission or lawful authority.

f. On October 7, 2024, Defendant Bautista had in his Bangor residence four false and fictitious driver's licenses in the names of legitimate Bank A customers, but with COCONSPIRATOR 1, COCONSPIRATOR 2, and Defendant ████ respective images on them.

g. During the conspiracy, the defendants agreed with each other and with others known and unknown, to enter financial institutions, namely, Bank A, with fraudulent identifications and bank cards containing the names and personally identifiable information of other real individuals.

4

h. The defendants agreed with each other and others known and unknown, to travel to different states to engage in acts in furtherance of the conspiracy and scheme to defraud.

i. As part of the conspiracy, the defendants and coconspirators traveled to different branches of Bank A, where the defendants attempted to, and did, impersonate victims and obtain funds from Bank A by fraud.

## COUNT ONE
(Conspiracy to Commit Bank Fraud)

13. Paragraphs 1 through 12 of this Indictment are re-alleged and incorporated by reference.

## THE SCHEME AND ARTIFICE

14. Beginning in about July 2024 and continuing through about October 1, 2024, in the District of Maine and elsewhere, the Defendants,

**BRANDON BAUTISTA, A/K/A "JOSE," "JESUS"**



**and**

**BENJAMIN DEANE, A/K/A "DEAF BEN"**

knowingly conspired with each other and with others, known and unknown, to commit bank fraud, that is, to knowingly execute and attempt to execute a scheme and artifice to defraud a financial institution, namely, Bank A, and to obtain moneys, funds, credits, assets, securities, and other property owned by and under the custody and control of Bank A, by means of materially false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344.

All in violation of Title 18, United States Code, Sections 1344 and 1349.

## COUNT TWO
(Bank Fraud)

15. Paragraphs 1 through 12 of this Indictment are re-alleged and incorporated by reference.

16. On about August 6, 2024, in the District of Maine, the Defendant,

**BRANDON BAUTISTA, A/K/A "JOSE," "JESUS"**

knowingly and willfully executed and attempted to execute a scheme and artifice to defraud a financial institution and to obtain money, funds, credits, assets, and other property owned by and under the custody and control of a financial institution, as listed below, by means of materially false and fraudulent pretenses, representations, and promises. Specifically, on about August 6, 2024, at a Bank A branch in Bangor, Maine, the Defendant used a bank card in Victim 1's name at an ATM to withdraw and obtain funds from Victim 1's account.

All in violation of Title 18, United States Code, Section 1344.

## COUNT THREE
(Aggravated Identity Theft)

17. Paragraphs 1 through 12 of this Indictment are re-alleged and incorporated by reference.

18. On about August 6, 2024, in the District of Maine, the Defendant,

**BRANDON BAUTISTA, A/K/A "JOSE," "JESUS"**

knowingly possessed and used, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), that is, bank fraud in violation of Title 18, United

States Code, Section 1344. Specifically, on about August 6, 2024, the Defendant possessed and used, without lawful authority, Victim 1's name at a Bank A branch in Bangor, Maine, to withdraw and obtain funds from Victim 1's bank account, during and in relation to the felony violation alleged in Count Two.

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 1028A(b).

## FORFEITURE NOTICE

19. Upon conviction of the offense in violation of Title 18, United States Code, Sections 1344 and 1349, as set forth in Count One of this Indictment, the Defendants,

**BRANDON BAUTISTA, A/K/A "JESUS," "JOSE"**



**and**

**BENJAMIN DEANE, A/K/A "DEAF BEN"**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any property constituting, or derived from, proceeds obtained directly or indirectly as the result of the offense and, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, constituting or derived from proceeds traceable to the offense. The property to be forfeited includes, but is not limited to, a money judgment in the amount of all such proceeds.

20. If any of the property described in Paragraph 19 above, as being forfeitable pursuant to Title 18, United States Code, Section 982(a)(2)(A) and Title 18, United

7

States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the Defendants—

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b) and Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the Defendants up to the value of the property described in Paragraph 18 above.

All pursuant to 18 U.S.C. § 982(a)(2)(A), 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c).

A TRUE BILL,

Signature Redacted – Original on file with the Clerk's Office

_____
Joel B. Carey
Assistant U.S. Attorney
Date: 2/11/26